### ANSCHUTZ v. PHILLIPS PETROLEUM CO.

#### No. 754.

District Court, W. D. Missouri, W. D.

Jan. 3, 1941.

R. J. Holmden, of Kansas City, Mo., for plaintiff.

H. H. Booth and John H. Haley, both of Kansas City, Mo., for defendant.

OTIS, District Judge.

I am satisfied that within the rules governing federal procedure the petition in this case states a cause of action good as against a motion to dismiss. Certainly, however, the plaintiff may be required by a motion for a bill of particulars to make more definite in what respects he charges negligence against the defendant.

The petition to dismiss is overruled. Defendant is given ten days in which to plead further. So ordered.